UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                  CHAPTER 7 CASE

Robin Banwarth                                          CASE NO. 10-33660

                   Debtor.                          ORDER

_____

This case came before the court on the motion of US Bank, seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated August 26, 2005, executed by Robin C. Banwarth and James A. Banwarth, wife and husband, recorded on September 01, 2005, as Document No. A711549, covering real estate located in Scott County, Minnesota, legally described as:

    The South 120 feet of Lot 1, Block 3, Egan's Glen Second Addition
And commonly known as 13881 Ottawa Avenue, Savage, Minnesota 55378-2621

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:  July 7, 2010

                                                     /e/Dennis D. O'Brien
                                             United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/07/2010
Lori Vosejpka, Clerk, by DLR